IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-203-D

JOHN R. CLARK, )
)
Plaintiff, )
)
v. ) **ORDER**
)
STATE OF NORTH CAROLINA, et al., )
)
Defendants. )

For the reasons stated in defendants Select Portfolio Servicing, Inc. and First Key Mortgage, LLC's memorandum in support of their motion to dismiss [D.E. 21], the court GRANTS defendants Select Portfolio Servicing, Inc. and First Key Mortgage, LLC's motion to dismiss [D.E. 20]. For the reasons stated in defendant Cerberus Capital Management, L.P.'s memorandum in support of its motion to dismiss [D.E. 27], the court GRANTS defendant Cerberus Capital Management, L.P.'s motion to dismiss [D.E. 26]. For the reasons stated in defendant State of North Carolina's memorandum in support of its motion to dismiss [D.E. 29], the court GRANTS defendant State of North Carolina's motion to dismiss [D.E. 28]. For the reasons stated in the memorandum in support of defendant Firstkey Master Funding (Collateral Trust) and Offit Kurman, P.A.'s memorandum in support of their motion to dismiss [D.E. 39], the court GRANTS the motion to dismiss of defendants Firstkey Master Funding (Collateral Trust) and Offit Kurma, P.A. [D.E. 38]. For the reasons stated in defendant Blossom Law PLLC's memorandum in support of its motion to dismiss [D.E. 43], the court GRANTS defendant Blossom Law PLLC's motion to dismiss [D.E. 42]. For the reasons stated in defendant Hutchens Law Firm's memorandum in support of its motion to dismiss [D.E. 48], the court GRANTS defendant Hutchens Law Firm's

motion to dismiss [D.E. 47]. For the reasons stated in the memorandum of law in support of defendant Jesson & Rains, PLLC's motion to dismiss [D.E. 64], the court GRANTS defendant Jesson & Rains, PLLC's motion to dismiss [D.E. 63].

The court DENIES as moot defendant Cerberus Capital Management, L.P.'s motion to stay [D.E. 60]. The court DENIES as baseless plaintiff John R. Clark's pending motions [D.E. 34, 35, 36, 50, 51, 52, 53, 54, 55, 68, 70, 71, and 72]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

SO ORDERED. This 26 day of September, 2024.

JAMES C. DEVER III
United States District Judge