UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN R. CLARK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF NORTH CAROLINA, )<br>MECKLENBURG COUNTY, CITY OF )<br>CHARLOTTE, FIRSTKEY MASTER )<br>FUNDING, HUTCHENS LAW FIRM, )<br>JESSON & RAINES, PLLC, BLOSSOM )<br>LAW PLLC, OFFIT KURMAN, PA, )<br>CERBERUS CAPITAL MANAGEMENT, )<br>LP, NORTH CAROLINA FINANCE )<br>AGENCY, FIRSTKEY MASTER )<br>FUNDING (COLLATERAL TRUST), )<br>SELECT PORTFOLIO SERVICING INC., )<br>FIRSTKEY MORTGAGE LLC )<br>CORPORATE OFFICE, and ALL )<br>INSURANCE COMPANIES WHO )<br>INSURE/BONDS THE DEFENDANTS, )<br>)<br>)<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-203-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendants Select Portfolio Servicing, Inc. and First Key Mortgage, LLC's motion to dismiss [D.E. 20], GRANTS defendant Cerberus Capital Management, L.P.'s motion to dismiss [D.E. 26], GRANTS defendant State of North Carolina's motion to dismiss [D.E. 28], GRANTS defendants Firstkey Master Funding (Collateral Trust) and Offit Kurma, P.A.'s motion to dismiss [D.E. 38], GRANTS defendant Blossom Law PLLC's motion to dismiss [D.E. 42], GRANTS defendant Hutchens Law Firm's motion to dismiss [D.E. 47], GRANTS defendant Jesson & Rains, PLLC's motion to dismiss [D.E. 63]. The court DENIES as moot defendant Cerberus Capital

Management, L.P.'s motion to stay [D.E. 60]. The court DENIES as baseless plaintiff John R. Clark's pending motions [D.E. 34, 35, 36, 50, 51, 52, 53, 54, 55, 68, 70, 71, and 72]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

This Judgment filed and entered on September 27, 2024, and copies to:
All counsel of record (via CM/ECF electronic notification)
Curtis L. Leach (via US Mail to 6100 Ashcrest Drive, Charlotte, NC 28217)

September 27, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk