UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN R. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **AMENDED JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 5:24-CV-203-D** |
| STATE OF NORTH CAROLINA, ) | |
| MECKLENBURG COUNTY, CITY OF ) | |
| CHARLOTTE, FIRSTKEY MASTER ) | |
| FUNDING, HUTCHENS LAW FIRM, ) | |
| JESSON & RAINES, PLLC, BLOSSOM ) | |
| LAW PLLC, OFFIT KURMAN, PA, ) | |
| CERBERUS CAPITAL MANAGEMENT, ) | |
| LP, NORTH CAROLINA FINANCE ) | |
| AGENCY, FIRSTKEY MASTER ) | |
| FUNDING (COLLATERAL TRUST), ) | |
| SELECT PORTFOLIO SERVICING INC., ) | |
| FIRSTKEY MORTGAGE LLC ) | |
| CORPORATE OFFICE, and ALL ) | |
| INSURANCE COMPANIES WHO ) | |
| INSURE/BONDS THE DEFENDANTS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the court GRANTS defendants Select Portfolio Servicing, Inc. and First Key Mortgage, LLC's motion to dismiss [D.E. 20], GRANTS defendant Cerberus Capital Management, L.P.'s motion to dismiss [D.E. 26], GRANTS defendant State of North Carolina's motion to dismiss [D.E. 28], GRANTS defendants Firstkey Master Funding (Collateral Trust) and Offit Kurma, P.A.'s motion to dismiss [D.E. 38], GRANTS defendant Blossom Law PLLC's motion to dismiss [D.E. 42], GRANTS defendant Hutchens Law Firm's motion to dismiss [D.E. 47], GRANTS defendant Jesson & Rains, PLLC's motion to dismiss [D.E. 63]. The court DENIES as moot defendant Cerberus Capital

Management, L.P.'s motion to stay [D.E. 60]. The court DENIES as baseless plaintiff John R. Clark's pending motions [D.E. 34, 35, 36, 50, 51, 52, 53, 54, 55, 68, 70, 71, and 72]. The court DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

<u>This Judgment filed and entered on September 27, 2024, and copies to</u>:
All counsel of record  (via CM/ECF electronic notification)
John R. Clark  (via US Mail to 6100 Ashcrest Drive, Charlotte, NC 28217)

September 27, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk